Brent R. Cohen (Wyo. Bar No. 5-2008)
Chad S. Caby *Admitted Pro Hac Vice*
ROTHGERBER JOHNSON & LYONS LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO   80202-5855
Tel:  (303) 623-9000
Fax:  (303) 623-9222
bcohen@rothgerber.com
ccaby@rothgerber.com

Mark W. Gifford (Wyo. Bar No. 5-1990)
GIFFORD & BRINKERHOFF
P.O. Box 2508
Cheyenne, WY  82602
Tel:  (307) 265-3265
Fax:  (307) 265-3266
mark@giffordbrinkerhoff.com

*Attorneys for Plaintiff*

Mark E. Macy (Wyo. Bar No. 5-2651)
Macy Law Office, P.C.
217 West 18th Street
Cheyenne, Wyoming 82001
Telephone: (307) 632 - 4100
Telefax: (307) 632 – 8100
macylaw@wyoming.com

*Attorney Defendant*
*Houston Merchant Energy Advisory Partners, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ROCK WELL PETROLEUM (U.S.), INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 09-cv-229-D |
| HOUSTON MERCHANT ENERGY ADVISORY PARTNERS, LLC, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Rock Well Petroleum (U.S.), Inc. and Defendant Houston Merchant Energy Advisory Partners, LLC, by and through their undersigned attorneys, hereby stipulate to dismissal of the above-captioned action, with prejudice, and state as follows:

{00820475 / 1}

1. The parties have reached an amicable settlement under which the claims and counterclaims stated herein shall be dismissed, with prejudice.

2. The parties have agreed that each will pay its own attorneys' fees and costs incurred herein.

WHEREFORE, the parties respectfully request that the Court enter its Order dismissing the above-captioned action with prejudice, each party to pay its own attorneys' fees and costs, and for such other and further relief as is appropriate.

DATED:  July 8, 2010.

| | |
|---|---|
| /s/ Brent R. Cohen | /s/ Mark E. Macy |
| Brent R. Cohen (Wyo. Bar No. 5-2008) | Mark E. Macy (Wyo. Bar No. 5-2651) |
| Chad S. Caby *Admitted Pro Hac Vice* | Macy Law Office, P.C. |
| ROTHGERBER JOHNSON & LYONS LLP | 217 West 18th Street |
| One Tabor Center, Suite 3000 | Cheyenne, Wyoming 82001 |
| 1200 Seventeenth Street | Telephone: (307) 632 - 4100 |
| Denver, CO   80202-5855 | Telefax: (307) 632 – 8100 |
| Tel:  (303) 623-9000 | macylaw@wyoming.com |
| Fax:  (303) 623-9222 | |
| bcohen@rothgerber.com | *Attorney Defendant Houston Merchant Energy* |
| ccaby@rothgerber.com | *Advisory Partners, LLC* |

Mark W. Gifford (Wyo. Bar No. 5-1990)
GIFFORD & BRINKERHOFF
P.O. Box 2508
Cheyenne, WY  82602
Tel:  (307) 265-3265
Fax:  (307) 265-3266
mark@giffordbrinkerhoff.com

*Attorneys for Plaintiff*